### (April 15, 1941.)

Ben D. Danziger and Others, Respondents, v. Al Gerolnick and Others, Appellants.— Order appealed from granting a temporary injunction unanimously reversed, the motion denied and the case set down for trial at Special Term, Part III, for Monday, April 21, 1941, and the clerk is directed to take short notice; the order appealed from denying the cross-motion to dismiss the complaint unanimously affirmed; before any injunction may be granted or the complaint dismissed there are issues of fact that may not be disposed of on affidavits but must await trial, including the issue whether a *bona fide* partnership exists between the plaintiffs. No opinion. Settle order on one day's notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

▮▮▮▮▮

### (April 18, 1941.)

In the Matter of the Application of Olive Coat Company, Inc., Petitioner, for an Order against Joseph D. McGoldrick, Comptroller of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Samuel Kreisberg and David Sheldon, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Stylecraft Leather Goods Co., Inc., Appellant, v. The Warner Brothers Company, Respondent, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Max Sonkin, Respondent, v. Ceil Sonkin, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Henry Iscovitz, Appellant, v. West Street Enterprises, Inc., Respondent, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

Joseph Ullmann Brokerage Corporation, Respondent, v. The City of New York and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Morris Orgel, Appellant.— Judgment unanimously reversed and the information dismissed, on the authority of *People* v. *Grass* (257 App. Div. 1). Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

John K. Ayew, as President of the Gold Coast Farmers Association, Respondent, v. Willard Hawes & Co., Inc., and Others, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.